IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CARL ROBINSON,

      Appellant,

v.                                     Case No.  5D16-2230

STATE OF FLORIDA,

      Appellee.

_____/

Opinion filed April 18, 2017

Appeal from the Circuit Court
for Orange County,
Keith A. Carsten, Judge.

James S. Purdy, Public Defender, and
Kevin R. Holtz, Assistant Public Defender,
Daytona Beach, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Kaylee D. Tatman,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

     AFFIRMED.  See Taylor v. State, 690 So. 2d 686 (Fla. 5th DCA), approved, 702

So. 2d 487 (Fla. 1997).

ORFINGER and TORPY, JJ., and JACOBUS, B.W., Senior Judge, concur.